UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BILLY CEPERO, | Case No. 2:14-cv-01396-MMD-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAM, et al., | |
| Respondents. | |

On March 11, 2015, this Court granted petitioner Billy Cepero's motion to stay and abey his *pro se* habeas corpus petition under 28 U.S.C. § 2254 until his state habeas petition was resolved. (ECF No. 8.) The stay was conditioned upon Cepero returning to federal court with a motion to reopen the case within forty-five days of the conclusion of his state-court proceedings.

Cepero's state-court proceedings have concluded, and he has now returned to this Court, through counsel, seeking to reopen this case. (ECF No. 15.) Petitioner has submitted a proposed first-amended petition and exhibits in support of the motion to reopen the case and in support of his first-amended petition. (ECF Nos. 15-1 and 15-3 through 15-12.) Respondents filed their non-opposition. (ECF No. 16.) Good cause appearing, this action is reopened, and the Court now sets a further briefing schedule.

It is therefore ordered that petitioner's motion to reopen this action (ECF No. 15) is granted.

It is further ordered that, as the stay is lifted by this order, the Clerk will reopen the file in this action.

It is further ordered that the Clerk will detach and file the first-amended petition (ECF No. 15-1).

It is further ordered that respondents will have forty-five (45) days following the date of entry of this order within which to answer, or otherwise respond to, the first-amended petition.

It is further ordered that petitioner will have forty-five (45) days following service of the response to file and serve petitioner's response.

It is further ordered that any additional state court record exhibits filed herein by either petitioner or respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number of the exhibit in the attachment.

It is further ordered that the parties must send courtesy copies of all exhibits to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the Court in this case, in the manner described above.

It is further ordered that petitioner's motion for extension of time to file a motion to reopen the case (ECF No. 14) is granted *nunc pro tunc*.

DATED THIS 3rd day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE