# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| BILLY CEPERO, | Case No. 2:14-cv-01396-MMD-GWF |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAM, *et al.*, | |
| Respondents. | |

This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, petitioner Billy Cepero filed a *pro se* motion for the Court to direct NDOC to provide recordings of attorney-client phone calls (ECF No. 28). Respondents have filed a motion to strike petitioner's filing (ECF No. 29). Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Cepero's filing is a fugitive document not properly before the Court. Accordingly, respondents' motion will be granted.

It is therefore ordered that respondents' motion to strike (ECF No. 29) is granted. Petitioner's *pro se* motion for court to direct NDOC to provide recordings of attorney-client phone calls (ECF No. 28) will be stricken as a fugitive document.

It is further ordered that petitioner's counseled motion for extension of time to file an opposition to the motion to dismiss (ECF No. 24) is granted *nunc pro tunc*.

DATED THIS 14th day of November 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE