# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLY CEPERO,<br><br>　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAM, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:14-cv-01396-MMD-GWF<br><br>ORDER |

On January 22, 2018, this Court granted Respondents' motion to dismiss Billy Cepero's 28 U.S.C. § 2254 habeas corpus petition with prejudice as time-barred (ECF No. 32). Judgment was entered (ECF No. 33). Despite being represented by counsel, Cepero has filed, *pro se*, a motion for reconsideration (ECF No. 34) and a motion to present additional supporting evidence (ECF No. 36) as well as a motion for extension of time (ECF No. 39). Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Cepero's attorney has not withdrawn from this case. Cepero's filings are fugitive documents not properly before the court. As with a fugitive motion that Cepero filed earlier in this case, the court strikes these three motions.

It is therefore ordered that Petitioner's pro se motion for reconsideration (ECF No. 34); motion to present additional supporting evidence (ECF No. 36); and motion for extension of time (ECF No. 39) be stricken as fugitive documents.

DATED THIS 5th day of November 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE